**Order entered May 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01378-CV

### KANESHA JACKSON GILLIAND, Appellant

### V.

### DOUGLAS HAROLD CAMPBELL, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-20219**

## ORDER

The reporter's record in this case is overdue. By postcard dated January 11, 2016, we notified the official court reporter for the 256th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Our records indicate appellant is entitled to proceed without payment of costs. Therefore, we **ORDER** Court Reporter Glenda Johnson to file, within **FIFTEEN DAYS** of the date of this order, (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written

verification that appellant has not requested the record.


/s/     CAROLYN WRIGHT
         CHIEF JUSTICE